# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LICKERISH LIMITED, a United Kingdom Private Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>DRJAYS.COM, INC., a New York corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 18-8877-DMG (JCx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE [28]** |

Based upon the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed with prejudice; and
2. Each party will bear its own fees and costs incurred in this action.

DATED: November 13, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1